IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE J. SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV274 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court plaintiff's Rule 6(b) motion for extension of deadline and plaintiff's Rule 16 motion for conference (Filing No. 43). After telephone conference with counsel,

IT IS ORDERED:

1) Plaintiff's motion for extension of deadline is granted. Plaintiff shall have until September 12, 2005, to file a response to defendant's motion for summary judgment.

2) Defendant shall have until September 19, 2005, to file a reply.

3) Pretrial conference before the undersigned is scheduled for:

**Thursday, October 27, 2005, at 2:30 p.m.**

in the Chambers of Judge Strom.

4) Trial of this matter is rescheduled for:

**Monday, November 28, 2005, at 9 a.m.**

in Omaha, Nebraska.

DATED this 23rd day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court