IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE J. SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV274 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the pretrial conference before the undersigned is rescheduled for:

**Monday, November 7, 2005, at 10 a.m.**

in the Chambers of Judge Strom.

DATED this 27th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court