IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRONE J. SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV274 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to extend deadline by which to file bill of costs (Filing No. 69). The Court notes plaintiff has no objection to said extension. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until February 27, 2006, to submit a bill of taxable costs.

DATED this 25th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court